BonaparteIN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

**IRMA CORTES CUEVAS**

Debtor(s)

Case No. **09-07503 SEK**

Chapter 13

**OPPOSITION TO RELIEF OF STAY**

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1. A motion for relief of stay was filed by Banco Popular de Puerto Rico stating that debtors is in arrears in her mortgage post petition payments.

2. We hope to meet with debtor during this week of August 9 through 14, to show the evidence of payments, but we request from the court to grant debtor until the date of the hearing for lift of stay to show evidence of payments..

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the previously informed and grant debtor until August 25, 2010 before any action is taken regarding this motion for relief of stay.

**I HEREBY CERTIFY**, that on this date I electronically filed the above document with the Clerk of the Court using ECF/CM system which sends notification of such filing to the Chapter 13 trustee Alejandro Oliveras Rivera.

In Vega Baja, Puerto Rico, on this August 9, 2010.

s/ *Juan O. Calderon Lithgow*
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476
juan004@prtc.net

1