IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

IRMA LUZ CORTES CUEVAS

CASE NUMBER: 09-07503-SEK

CHAPTER 13

Debtor(s)

## TRUSTEE'S MOTION ON CREDITOR'S MOTION TO LIFT STAY

**TO THE HONORABLE COURT:**

**COMES NOW**, Alejandro Oliveras-Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES, STATES** and **PRAYS**:

1. The Trustee hereby provides a report on the status of the administration of this case and how it relates to movant.

2. The Chapter 13 plan dated September 04, 2009 has not been confirmed. The proposed base is $13,500.00.

3. Movant's treatment under the Chapter 13 plan is as follows:

    Debtor to pay pre-petition arrears under the plan and maintain current payments directly to movant.

4. As of August 10, 2010, payments received and disbursements to movant are:

    Total paid in: $2,200.00
    Balance on Hand: $2,200.00
    Last payment received: $200.00
    Amount of default: $300.00
    Months in default: 1
    Claim Treatment: PAID DIRECT / MORTGAGE ARREARS

    Movant: BANCO POPULAR DE PUERTO RICO
    Claim No.: 03
    Claim Amount: $72,093.23
    Pre-petition Arrears: $2,356.23
    Principal paid: $0.00
    Interest paid: $0.00
    Unpaid Balance: $0.00

5. Due to lack of knowledge, the Trustee cannot opine as to Debtor(s) compliance with the direct payments contemplated in the plan.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the information herein provided.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, movant and Debtor(s) attorney to their respective address of record.

In San Juan, Puerto Rico, this August 11, 2010.

S/ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
**Chapter 13 Trustee**
PO Box 9024062
San Juan, PR 00902-4062
Phone 787-977-3500 Fax 787-977-3521
aorecf@ch13sju.com