IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

IRMA CORTES CUEVAS

CASE NO. 09-07503-SEK13    SEK

Chapter 13

Debtor

BANCO POPULAR DE P.R.

Movant

## MINUTES OF HEARING ON MOTION TO LIFT STAY

PARTIES PRESENT: [✓] Movant  [✓] Respondent's attorney  [ ] Trustee  [✓] Debtor(s)  [✓] Creditor: Wallace Vazquez for Banco Popular de P.R.

NOTES AND REMARKS:  * (Order will be entered electronically by CAOS)

[ ] Upon respondent(s)' failure to oppose and to appear at the hearing scheduled for this date, the instant motion is granted and the stay is hereby **lifted by default in favor of movant.** *

[ ] **The Motion for reasons stated in open Court was:**   [ ] **Granted ***   [ ] **Denied***

[ ] **Stay was modified** for reasons stated in open court. (Separate order will be entered.)

[ ] **Parties agreed to** _____ in _____ days or stay is lifted.*

[ ] Motion to Lift Stay was settled by the parties. Hearing becomes moot.

[ ] Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant. *

[ ] Movant's request to issue new summons is granted. Clerk to issue new summons.

[ ] New preliminary hearing is set for  : _____ at _____ M.

[ ] Movant's application to withdraw the motion to lift stay is granted._____

[ ] Notice period has not elapsed, if not timely response is filed, the motion is granted and the stay is hereby **lifted by default in favor of movant.**  If a timely reply is filed, a final hearings is scheduled for: (See Below)

[✓] **A Final Hearing will be scheduled for:** September 15, 2010 at 8:30AM M.

[ ] **Clerk to give notice of hearing.**   [ ] **30-day determination period waived.** _____

[ ] **Clerk to follow up and return to chambers within** _____ **days for court to:** *(Refer to additional comments)*
[✓] **Additional Comments:**
debtor to submit evidence of payments to Firstbank.

Date: 8-25-2010                                          By: MARIBEL MONTALVO