# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-07503 SEK

IRMA L CORTES CUEVAS

CHAPTER 13

DEBTOR(S)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*/

## MOTION WITHDRAWING
## "TRUSTEE'S MOTION TO DISMISS"

**TO THE HONORABLE COURT:**

**COMES NOW**, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully states and prays:

1. On January 31, 2011, the Trustee filed a motion to dismiss in the present case (dkt 69).
2. The Trustee hereby withdraws.

**WHEREFORE**, the Trustee prays this motion be granted.

**RESPECTFULLY SUBMITTED.**

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest that have filed notices of appearance included in the service list attached to the original hereof.

In San Juan, Puerto Rico, this FEB 2 2 2011

/S/ALEJANDRO OLIVERAS RIVERA
STANDING Chapter 13 Trustee
PO Box 9024062
San Juan, PR 00902-4062
Tel. (787) 977-3500 Fax (787) 977-3521

| 09-07503-SEK | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

JUAN O CALDERON LITHGOW*
PO BOX 1710
VEGA BAJA, PR 00694 -1710

ECMC
PO BOX 75906
ST PAUL, MN 55175

BANCO POPULAR DE PR
C/O WALLACE VAZQUEZ SANABRIA
17 MEXICO STREET SUITE D 1
SAN JUAN, PR 00917 -2202

IRMA LUZ CORTES CUEVAS
SAN DEMETRIO
409 CALLE LISA
VEGA BAJA, PR 00693

DATED: February 22, 2011

S/ DIANA ARROYO
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1    - CASE    09-07503-SEK